IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE (M.J.J.) an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC.; LQ MANAGEMENT, LLC; LA QUINTA FRANCHISING, LLC; LA QUINTA HOLDINGS, INC; SUPER 8 MANAGEMENT, INC.; HEER B. PATEL; PRAVIN G. PATEL; HASU PATEL, INDIVIDUALLY AND AS TRUSTEE OF THE PATEL FAMILY TRUST; AND TARA PATEL,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-06490-SDW-JRA<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>**CONSENT ORDER**<br><br>*Document Electronically Filed* |

Pursuant to L.Civ.R. 6.1(b), and in consideration of the consent stipulation submitted on behalf of Plaintiff Jane Doe (M.J.J.) ("Plaintiff") and Defendants Wyndham Hotels & Resorts, Inc. ("WHRI"), LQ Management L.L.C. ("LQM"), La Quinta Franchising, LLC ("LQF"), and La Quinta Holdings Inc. ("LQH") (collectively, the "Wyndham Defendants"), it is on this 26th day of June 2024,

**ORDERED** that the time for the Wyndham Defendants to answer, move or otherwise respond to Plaintiff's Complaint (ECF No. 1), be and is hereby extended through and including August 7, 2024.

_____
Hon. Jose R. Almonte, U.S.M.J.
June 27, 2024